**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| iROBOT CORPORATION, *et al.*, [1] | ) |
| | ) Case No. 25-12197 (BLS) |
| Debtors. | ) |
| | ) (Joint Administration Requested) |
| | ) |
| | ) **Ref. Docket No. 14** |
| | ) |

**NOTICE OF FILING OF BLACKLINE OF PROPOSED SCHEDULING ORDER**

**PLEASE TAKE NOTICE** that, on December 14, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement and (B) Confirmation of Prepackaged Plan; (II) Conditionally Approving Disclosure Statement; (III) Approving Solicitation Procedures and Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (IV) Fixing Deadline to Object to Disclosure Statement and Prepackaged Plan; (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases; (VI) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement of Filing Statements of Financial Affairs, Schedules of Assets and Liabilities, and 2015.3 Reports; and (VII) Granting Related Relief* [Docket No. 14] (the "Motion").  Attached to the Motion as Exhibit A was the proposed form of order (the "Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that, subsequent to filing the Motion, the Debtors made certain revisions to the Proposed Order (with such revisions, the "Revised Proposed Order") to address certain informal comments received from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee").  Such revisions are memorialized in the changed pages blackline attached hereto as **Exhibit 1** comparing the Revised Proposed Order against the Proposed Order.  The U.S. Trustee has confirmed that it does not object to entry of the Revised Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek entry of the Revised Proposed Order at the hearing scheduled before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge, on **December 16, 2025 at 1:00 p.m. (ET)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

Dated:  December 15, 2025
       Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/ Shella Borovinskaya*

Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Kristin L. Cardoza (No. 6871)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sgreecher@ycst.com
amagaziner@ycst.com
sborovinskaya@ycst.com
kcardoza@ycst.com

- and -

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

Paul M. Basta (admitted *pro hac vice*)
Alice Belisle Eaton (admitted *pro hac vice*)
John T. Weber (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
aeaton@paulweiss.com
jweber@paulweiss.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

**<u>Exhibit 1</u>**

**Changed Pages Blackline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iROBOT CORPORATION, *et al.*,[1] | ) | Case No. 25-12197 (——BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Ref. Docket No. —14** |

**ORDER (I) SCHEDULING COMBINED HEARING**
**ON (A) ADEQUACY OF DISCLOSURE STATEMENT**
**AND (B) CONFIRMATION OF PREPACKAGED PLAN;**
**(II) CONDITIONALLY APPROVING DISCLOSURE STATEMENT;**
**(III) APPROVING SOLICITATION PROCEDURES AND FORM AND**
**MANNER OF NOTICE OF COMMENCEMENT, COMBINED HEARING,**
**AND OBJECTION DEADLINE; (IV) FIXING DEADLINE TO OBJECT TO**
**DISCLOSURE STATEMENT AND PREPACKAGED PLAN; (V) APPROVING**
**NOTICE AND OBJECTION PROCEDURES FOR THE ASSUMPTION OF**
**EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (VI) CONDITIONALLY**
**(A) DIRECTING THE UNITED STATES TRUSTEE NOT TO CONVENE**
**SECTION 341 MEETING OF CREDITORS AND (B) WAIVING REQUIREMENT OF**
**FILING STATEMENTS OF FINANCIAL AFFAIRS, SCHEDULES OF ASSETS AND**
**LIABILITIES, AND 2015.3 REPORTS; AND (VII) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to sections 105, 341, 365, 1125, 1126, and 1128 of the Bankruptcy Code, Bankruptcy Rules 1007, 2002, 2003, 2015.3(d), 3016, 3017, 3018, 3020, 6003, 6004, and 9006, and Local Rules 1007-1, 2002-1, 3017-1, and 9006-1 (a) scheduling a Combined Hearing to approve the Disclosure Statement and consider confirmation of the Prepackaged Plan, (b) conditionally approving the Disclosure Statement, (c) approving the Solicitation Procedures, Combined Notice, and

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| Event | Date/Deadline |
|---|---|
| Voting Record Date | December 13, 2025 |
| Commencement of Solicitation | December 14, 2025 |
| Plan Voting Deadline | December 14, 2025 at 11:59 p.m. (Prevailing Eastern Time) |
| Petition Date | December 14, 2025 |
| Mailing of Combined Notice and Notice of Non-Voting Status | Within two (2) business days, or as soon as reasonably practicable, after entry of the Proposed Order |
| Publication Deadline | Twenty-one (21) days prior to the Combined Hearing |
| Deadline to Object to Assumption of Executory Contracts and Unexpired Leases | Twenty-one (21) days after service of the Combined Notice and Notice of Non-Voting Status |
| Plan Supplement Filing Deadline | January 8, 2026 |
| Plan/Disclosure Statement Objection Deadline and Deadline to Return Release Opt-In Forms | January 15, 2026 at 4:00 p.m. (Prevailing Eastern Time) |
| Plan/Disclosure Statement Reply Deadline and Deadline to File Proposed Confirmation Order and Opt-In Report | January 20, 2026 at 12:00 p.m. (Prevailing Eastern Time), or two (2) business days prior to the Combined Hearing |
| Combined Hearing | January 22, 2026 at 10:00 a.m. (Prevailing Eastern Time) or such other date as the Court may direct |

3.      The Combined Hearing, at which time this Court will consider, among other things, the adequacy of the Disclosure Statement and confirmation of the Prepackaged Plan, will be held on **January 22, 2026 at —:— 10:00 a.m. (Prevailing Eastern Time)**.  The Combined Hearing may be adjourned from time to time without further notice other than adjournments announced in open Court or in the filing of a notice or hearing agenda in these chapter 11 cases, with notice of such adjourned date(s) to be made available on the electronic case filing docket and the website maintained by the Solicitation and Voting Agent.

4.       Any responses or objections to the approval of the Disclosure Statement or confirmation of the Prepackaged Plan must:  (a) be in writing; (b) conform to the applicable Bankruptcy Rules and the Local Rules; (c) set forth the name of the objecting party, the basis for

3

the email address maintained by the Debtors where available or by hard copy mail where electronic mail is unavailable, to the Non-Voting Holders set forth in the Motion, no later than two (2) business days following entry of this Order or as soon as reasonably practicable thereafter.

11.    The Debtors are granted a waiver of the strict notice requirement with respect to Holders of Intercompany Claims and Intercompany Interests in Classes 6 and 7.

12.    Substantially contemporaneously with the service of the Combined Notice, the Debtors shall cause to be posted to the Solicitation and Voting Agent's website various chapter 11 related documents, including, among others, the following:  (a) the Prepackaged Plan, (b) the Disclosure Statement, (c) the Motion and this Order, and (d) the Combined Notice.  The Solicitation and Voting Agent's website address is https://cases.stretto.com/iRobot.

13.    The Debtors, in their discretion, are authorized, pursuant to Bankruptcy Rule 2002(l), to give supplemental Publication Notice no later than twenty-one (21) days prior to the Combined Hearing, in either the *New York Times* or *USA Today* and any other publications the Debtors deem prudent, in their sole discretion, which Publication Notice shall constitute good and sufficient notice of the Combined Hearing and the Objection Deadline (and related procedures) to parties who do not receive the Combined Notice by mail.

14. The Disclosure Statement is conditionally approved as having adequate information as required by section 1125 of the Bankruptcy Code without prejudice to any party in interest objecting to final approval the Disclosure Statement.

14.    15. The notice procedures set forth herein constitute good and sufficient notice of the Combined Hearing, the commencement of these chapter 11 cases, and the deadline and procedures for objecting to the adequacy of the Disclosure Statement and the Solicitation

6

Procedures, and/or confirmation of the Prepackaged Plan, and no other or further notice shall be necessary.

15.    The Voting Record Date of December 13, 2025, and the Voting Deadline of December 14, 2025 at 11:59 p.m. (Prevailing Eastern Time) are approved.

16.    The time within which the Debtors shall file their Schedules and Statements is extended through and including February 23, 2026 (the "Schedules and 2015.3 Deadline"), without prejudice to the Debtors' right to seek further extensions of the time within which to file the Schedules and Statements, file the 2015.3 Reports, or seek additional relief from this Court regarding the filing of, or waiver of the requirement to file, the Schedules and Statements and 2015.3 Reports, if such additional relief proves necessary.

17.    The requirement that the Debtors file the Schedules and Statements is permanently waived effective upon the date of confirmation of the Prepackaged Plan; *provided* that the Prepackaged Plan is confirmed and goes effective on or before the Schedules and 2015.3 Deadline.

18.    The 341 Meeting shall be deferred until the Schedules and 2015.3 Deadline and shall be waived unless the Prepackaged Plan is not confirmed and goes effective by the Schedules and 2015.3 Deadline.

19.    The Ballots, substantially in the forms attached hereto as **Exhibits 3-A** and **3-B**, are conditionally approved pending final approval through the Confirmation Order and the rights of parties in interest to object to the Ballots in connection with confirmation of the Prepackaged Plan are reserved.

20.    The procedures used for tabulations of votes to accept or reject the Prepackaged Plan as set forth in the Motion and as provided by the Ballots are conditionally

7

approved pending final approval through the Confirmation Order and the rights of parties in interest to object to such procedures and assumptions in connection with confirmation of the Prepackaged Plan are reserved.

21.    22. The Solicitation and Voting Agent shall have authority, in its discretion, to contact parties who submit a defective Ballot to make a reasonable effort to cure such deficiencies; *provided* that neither the Debtors nor the Solicitation and Voting Agent shall be required to contact such parties to provide notification of defects or irregularities with respect to completion or delivery of Ballots, nor shall any of them incur any liability for failure to provide such notification.

22.    23. The Debtors (with the consent of Picea) are authorized to make non-substantive and immaterial changes to the Prepackaged Plan and Disclosure Statement, the materials in the Solicitation Package, the Notice of Non-Voting Status, including the Release Opt-In Form, and related documents without further order of this Court.

23.    24. Notwithstanding the relief granted herein and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim on any grounds; (c) a promise or requirement to pay any claim; (d) an implication or admission that any particular claim is of a type specified or defined in the Motion or any order granting the relief requested by the Motion or a finding that any particular claim is an administrative expense claim or other priority claim; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on,

security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, rights under the Bankruptcy Code or any other applicable law; (h) a waiver of the obligation of any party in interest to file a proof of claim; or (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens.

24.     25. All time periods set forth in this Order shall be deemed to meet the statutory requirements or are hereby altered in accordance with Bankruptcy Rule 9006(a).

25.     26. Bankruptcy Rule 6003(b) has been satisfied because the relief granted hereby is necessary to avoid immediate and irreparable harm to the Debtors.

26.     27. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

27.     28. The Debtors and the Solicitation and Voting Agent are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

28.     29. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| iROBOT CORPORATION, *et al.*,[1] | ) | Case No. 25-12197 (——BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF COMMENCEMENT OF CASES
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**-AND-**

**SUMMARY OF JOINT PREPACKAGED
CHAPTER 11 PLAN AND NOTICE OF HEARING TO CONSIDER
(A) ADEQUACY OF DISCLOSURE STATEMENT; (B) CONFIRMATION
OF PLAN OF REORGANIZATION; AND (C) RELATED MATERIALS**

PLEASE TAKE NOTICE THAT:

1.      On December 14, 2025 (the "Petition Date"), iRobot Corporation and its debtor subsidiaries, as debtors and debtors in possession (collectively, the "Debtors"), each commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates*, dated as of December 14, 2025 [Docket No. [●]16] (as it may be amended, supplemented, or modified from time to time, the "Prepackaged Plan"),[2] and a disclosure statement for the Prepackaged Plan, dated as of December 14, 2025 [Docket No. [●]17] (as it may be amended, supplemented, or modified from time to time, the "Disclosure Statement") pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.  On [●], 2025, the Court entered an order conditionally approving the Disclosure Statement as having adequate information under section 1125 of the Bankruptcy Code without prejudice to any party in interest objecting to the Disclosure Statement at the Combined Hearing (as defined below).  Copies of the Prepackaged Plan and Disclosure Statement may be obtained free of charge by visiting the website maintained by the Solicitation and Voting Agent, Stretto, Inc., at https://cases.stretto.com/iRobot.  Copies of the Prepackaged

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

Plan and Disclosure Statement may also be obtained by calling (833) 228-5389 (Domestic Toll-Free) or (949) 590-3576 (International).

**Information Regarding Prepackaged Plan**

3. On December 14, 2025, the Debtors commenced solicitation of votes to accept the Prepackaged Plan from the Holder of record, as of December 13, 2025 (the "Voting Record Date"), of Claims in Class 3 and Class 4 (together, the "Voting Classes") via electronic mail. Prior to the Petition Date, the Holder of Claims in the Voting Classes returned Ballots voting to accept the Prepackaged Plan. All other Classes of Claims and Interests are either presumed to accept or deemed to reject the Prepackaged Plan and, therefore, are not entitled to vote. The deadline for the submission of votes to accept or reject the Prepackaged Plan was December 14, 2025 at 11:59 p.m. (Prevailing Eastern Time).

4. A combined hearing to consider compliance with the Bankruptcy Code's disclosure requirements and any objections thereto and to consider confirmation of the Prepackaged Plan and any objections thereto will be held before the Honorable [•]Brendan Linehan Shannon, United States Bankruptcy Judge, in Courtroom [•]1 of the United States Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, on **January 22, 2026 at [•] [a.m./p.m.]10:00 a.m. (Prevailing Eastern Time)** or as soon thereafter as counsel may be heard (the "Combined Hearing"). The Combined Hearing may be adjourned from time to time without further notice other than by filing a notice or agenda on the Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Combined Hearing. The adjourned date or dates will be available on the electronic case filing docket and the Solicitation and Voting Agent's website at https://cases.stretto.com/iRobot.

5. The deadline for filing objections to the adequacy of the Disclosure Statement or confirmation of the Prepackaged Plan is **January 15, 2026 at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline"). Any objections to the Disclosure Statement and/or the Prepackaged Plan must: (a) be in writing, (b) conform to the applicable Bankruptcy Rules and Local Rules, (c) set forth the name of the objecting party, the basis for the objection, the specific grounds thereof and, if practicable, a proposed modification to the Prepackaged Plan or Disclosure Statement that would resolve such objection, and (d) be filed with the Court.

6. In addition to being filed with the Clerk of the Court, any such objections should be served upon the following parties (the "Notice Parties") so as to be received by the Objection Deadline:

    i.    the Debtors, iRobot Corporation, 8 Crosby Drive, Bedford, MA 01730 (Attn: Gary Cohen, Jeff Engel, Karian Wong, and Kevin Lanouette);

    ii.    proposed counsel to the Debtors, (a) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019 (Attn: Paul M. Basta, Esq., Alice Belisle Eaton, Esq., and John T. Weber, Esq.) and (b) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801 (Attn: Andrew L. Magaziner, Esq., Shella Borovinskaya, Esq., and Kristin Cardoza, Esq.);

    iii.    counsel to Picea, (a) White & Case LLP, 555 Flowers Street. Los Angeles, California 90071 (Attn: Roberto Kampfner, Esq. and Fan He, Esq.) and

2

Dated:  [●], 2025
        Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/* [●]
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Kristin L. Cardoza (No. 6871)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sgreecher@ycst.com
       amagaziner@ycst.com
       sborovinskaya@ycst.com
       kcardoza@ycst.com

- and -

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice* admission pending)
Alice Belisle Eaton (admitted *pro hac vice* admission pending)
John T. Weber (admitted *pro hac vice* admission pending)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
       aeaton@paulweiss.com
       jweber@paulweiss.com

*Proposed Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| iROBOT CORPORATION, *et al.*,[1] | ) | Case No. 25-12197 (——BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF NON-VOTING STATUS**

PLEASE TAKE NOTICE THAT:

1.      On December 14, 2025 (the "Petition Date"), iRobot Corporation and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), each commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

2.      The Debtors have commenced solicitation of votes to accept the *Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates*, dated December 14, 2025 [Docket No. [●]16] (as it may be amended, supplemented, or modified from time to time, the "Prepackaged Plan"),[2] which is attached as Exhibit A to the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of iRobot Corporation and Its Debtor Affiliates*, dated December 14, 2025 [Docket No. [●]17] (as it may be amended, supplemented, or modified from time to time, the "Disclosure Statement"). Copies of the Prepackaged Plan and Disclosure Statement may also be obtained by calling the Solicitation and Voting Agent at (833) 228-5389 (Domestic Toll-Free) or (949) 590-3576 (International) or by sending an electronic mail message to iRobotInquiries@stretto.com.

3.      **You are receiving this notice (this "Notice of Non-Voting Status") because, according to the Debtors' books and records, you are a Holder of Claims or Interests in:**

      i.    **Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), or Class 5 (General Unsecured Claims) under the Prepackaged Plan, which provides that your Claim(s) against the Debtors is (are) unimpaired and, therefore, pursuant to section 1126(f) of the Bankruptcy Code, you are presumed to have accepted the Prepackaged Plan and not entitled to vote on the Prepackaged Plan; and/or**

      ii.    **Class 8 (Existing Equity Interests) under the Prepackaged Plan, which provides that your Interest(s) against the Debtors is (are) not entitled to a recovery and, therefore, pursuant to section 1126(g) of the**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

Dated:  [●], 2025
       Wilmington, Delaware

Respectfully submitted,

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**

*/s/* [●]
Sean T. Greecher (No. 4484)
Andrew L. Magaziner (No. 5426)
Shella Borovinskaya (No. 6758)
Kristin L. Cardoza (No. 6871)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sgreecher@ycst.com
amagaziner@ycst.com
sborovinskaya@ycst.com
kcardoza@ycst.com

- and -

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**
Paul M. Basta (admitted *pro hac vice* ~~admission pending~~)
Alice Belisle Eaton (admitted *pro hac* ~~vice~~ ~~admission pending~~)
John T. Weber (admitted *pro hac vice* ~~admission pending~~)
1285 Avenue of the Americas
New York, New York 10019
Tel:    (212) 373-3000
Fax:    (212) 757-3990
Email: pbasta@paulweiss.com
aeaton@paulweiss.com
jweber@paulweiss.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| iROBOT CORPORATION, *et al.*,[1] | ) | Case No. 25-12197 (——BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**RELEASE OPT-IN FORM**

You are receiving this opt-in form (this "Release Opt-In Form") because you are or may be a Holder of a Claim or Interest that is not entitled to vote on the *Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates*, dated as of December 14, 2025 [Docket No. [●]16] (as it may be amended, supplemented, or modified from time to time, the "Prepackaged Plan").[2]  Your rights may be affected under the Prepackaged Plan.  A Holder of Claims and/or Interests is deemed to grant the third-party releases set forth below and in Article VIII of the Prepackaged Plan if such Holder affirmatively opts in on or before the Opt-In Deadline (as defined below) by following the instructions contained in this notice.  You should review this notice carefully and may wish to consult legal counsel as your rights may be affected.

If you choose to opt into the third-party releases set forth in Article VIII.D of the Prepackaged Plan, please complete, sign, and date this Release Opt-In Form and return it promptly as directed below.

**THIS RELEASE OPT-IN FORM MUST BE ACTUALLY RECEIVED BY THE SOLICITATION AND VOTING AGENT BY JANUARY 15, 2026 AT 4:00 P.M. (PREVAILING EASTERN TIME (THE "OPT-IN DEADLINE").  IF THE RELEASE OPT-IN FORM IS RECEIVED AFTER THE OPT-IN DEADLINE, IT WILL NOT BE COUNTED.**

**Item 1**.  **Certification of Claim or Interest**.  The undersigned certifies that, as of December 13, 2025, the undersigned was the Holder of Claims or Interests, as applicable, in Class 1 (Other Secured Claims), Class 2 (Other Priority Claims), Class 5 (General Unsecured Claims), and/or Class 8 (Existing Equity Interests).

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

**NO CHAPTER 11 CASES HAVE BEEN COMMENCED AS OF THE DATE OF THE DISTRIBUTION OF THIS BALLOT.  THE DEBTORS INTEND TO FILE CHAPTER 11 CASES AND SEEK CONFIRMATION OF THE PREPACKAGED PLAN (AS DEFINED BELOW) BY THE BANKRUPTCY COURT BEFORE THE VOTING DEADLINE.**

No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot (each as defined below).[1]  Please note that, even if you intend to vote to reject the Prepackaged Plan, you must still read, complete, and execute this entire Ballot.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| iROBOT CORPORATION, *et al.*,[2] | ) Case No. 25-12197 (——BLS) |
| | ) |
| Debtors. | ) (Joint Administration to be Requested) |
| | ) |

BALLOT FOR VOTING TO ACCEPT OR REJECT
THE JOINT PREPACKAGED CHAPTER 11 PLAN
OF REORGANIZATION OF IROBOT CORPORATION AND ITS DEBTOR AFFILIATES

CLASS THREE:  FIRST LIEN CLAIMS

> **IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PREPACKAGED PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AND VOTING AGENT ON OR BEFORE DECEMBER 14, 2025 AT 11:59 P.M. (PREVAILING EASTERN TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS.**

iRobot Corporation and certain of its affiliates (collectively, the "<u>Debtors</u>") have provided you with this ballot (this "<u>Ballot</u>") to solicit your vote to accept or reject the *Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates* (as may be amended, supplemented, or modified from time to time, the "<u>Prepackaged Plan</u>").

You are receiving this Ballot because records indicate that you are a Holder of a First Lien Claim in Class 3 as of December 13, 2025 (the "<u>Voting Record Date</u>").

The Prepackaged Plan is attached as Exhibit A to the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates*

---

[1]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan, as applicable.

[2]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

33761717.20

**NO CHAPTER 11 CASES HAVE BEEN COMMENCED AS OF THE DATE OF THE DISTRIBUTION OF THIS BALLOT. THE DEBTORS INTEND TO FILE CHAPTER 11 CASES AND SEEK CONFIRMATION OF THE PREPACKAGED PLAN (AS DEFINED BELOW) BY THE BANKRUPTCY COURT BEFORE THE VOTING DEADLINE.**

No person has been authorized to give any information or advice, or to make any representation, other than what is included in the Disclosure Statement and other materials accompanying this Ballot (each as defined below).[1] Please note that, even if you intend to vote to reject the Prepackaged Plan, you must still read, complete, and execute this entire Ballot.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| iROBOT CORPORATION, *et al.*,[2] | ) Case No. 25-12197 (——BLS) |
| | ) |
| Debtors. | ) (Joint Administration to be Requested) |
| | ) |

BALLOT FOR VOTING TO ACCEPT OR REJECT
THE JOINT PREPACKAGED CHAPTER 11 PLAN
OF REORGANIZATION OF IROBOT CORPORATION AND ITS DEBTOR AFFILIATES

CLASS FOUR: PICEA HK SUPPLY AGREEMENT CLAIMS

**IN ORDER FOR YOUR VOTE TO BE COUNTED TOWARD CONFIRMATION OF THE PREPACKAGED PLAN, THIS BALLOT MUST BE COMPLETED, EXECUTED, AND RETURNED SO THAT IT IS <u>ACTUALLY RECEIVED</u> BY THE SOLICITATION AND VOTING AGENT ON OR BEFORE DECEMBER 14, 2025 AT 11:59 P.M. (PREVAILING EASTERN TIME) (THE "<u>VOTING DEADLINE</u>"), UNLESS EXTENDED BY THE DEBTORS.**

iRobot Corporation and certain of its affiliates (collectively, the "<u>Debtors</u>") have provided you with this ballot (this "<u>Ballot</u>") to solicit your vote to accept or reject the *Joint Prepackaged Chapter 11 Plan of Reorganization of iRobot Corporation and Its Debtor Affiliates* (as may be amended, supplemented, or modified from time to time, the "<u>Prepackaged Plan</u>").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan, as applicable.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.