## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| iROBOT CORPORATION, *et al.*,[1] | ) Case No. 25-12197 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Ana M. Galvan, depose and say that I am employed by Stretto, Inc., the claims and noticing agent for the Debtors in the above-captioned cases.

On December 19, 2025, at my direction and under my supervision, employees of Stretto, Inc. caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Filing of Plan Supplement** (Docket No. 61)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: December 30, 2025

_____
Ana M. Galvan

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 30th day of December 2025 by Ana M. Galvan.

_____
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: iRobot Corporation (9335); iRobot US Holdings, LLC (5237); and iRobot Holdings LLC (5307). For purposes of these chapter 11 cases, the Debtors' service address is 8 Crosby Drive, Bedford, MA 01730.

# <u>Exhibit A</u>

 STRETTO

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| ACT DIGITAL | ATTN: CINTYA MARUR | 185 ALEWIFE BROOK PARKWAY | SUITE 210 | | CAMBRIDGE | MA | 02138 | |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 | |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 | |
| AMAZON WEB SERVICES, INC. | | 410 TERRY AVE N | | | SEATTLE | WA | 98019 | |
| AMAZON.COM, INC. | | 2127 7TH AVE. | | | SEATTLE | WA | 98109 | |
| ANAPLAN, INC. | ATTN: HEMANT KAPADIA | 1450 BRICKELL AVE | | | MIAMI | FL | 33131 | |
| AON RISK SERVICES NORTHEAST INC. | ATTN: DARREN ZEIDEL | 200 E RANDOLPH ST | | | CHICAGO | IL | 60601 | |
| APPS ASSOCIATES LLC | ATTN: JILL QUINTILLANI | 40 NAGOG PARK #105 | | | ACTON | MA | 01720 | |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 | |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 | |
| ARROW ELECTRONICS, INC. | ATTN: RAJ AGRAWAL | 9151 EAST PANORAMA CIRCLE | | | CENTENNIAL | CO | 80112 | |
| BDS CONNECTED SOLUTIONS, LLC | ATTN: KEN KRESS | 25692 ATLANTIC OCEAN DR | | | LAKE FOREST | CA | 92630 | |
| BYD COMPANY LIMITED | ATTN: WANG CHUANFU | NO. 3009, BYD ROAD | GUANGDONG PROVINCE | | PINGSHAN, SHENZHEN | | 518118 | CHINA |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | 1300 "I" STREET | | | SACRAMENTO | CA | 95814 | |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 | |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 | |
| COMMISSION JUNCTION INC | ATTN: SANTI PIERINI | 530 EAST MONTECITO STREET | | | SANTA BARBARA | CA | 93103 | |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVENUE | | | HARTFORD | CT | 06106 | |
| CORECENTRIC SOLUTIONS, INC. | ATTN: SARAH CHALAWA | 191 E. NORTH AVE. | | | CAROL STREAM | IL | 60188 | |
| DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE OFFICE BUILDING | 820 N FRENCH ST | | WILMINGTON | DE | 19801 | |
| DIGITAS, INC. | ATTN: PETER MILLER | 375 HUDSON ST. | | | NEW YORK | NY | 10014 | |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 441 4TH ST NW | SUITE 1100 | | WASHINGTON | DC | 20001 | |
| ELIXIRR DIGITAL INC. | ATTN: CHRIS JORDAN | 2600 NETWORK BLVD | SUITE 570 | | FRISCO | TX | 75034 | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | OFFICE OF THE ATTORNEY GENERAL | STATE OF FLORIDA | PL-01 THE CAPITAL | TALLAHASSEE | FL | 32399 | |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL'701 | | | TALLAHASSEE | FL | 32399 | |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 | |
| GUANGDONG DONLIM INTELLIGENT ELECTRICAL APPLIANCES CO., LTD | ATTN: STONEY CHAN | NO.26 SHUNYE EAST ROAD | XINGTAN TOWN, SHUNDE DISTRICT | | FOSHAN CITY | GUANGDONG | | CHINA |
| GUIDEPOINT SECURITY LLC | ATTN: MICHAEL ANNESSA | 1900 RESTON METRO PLAZA, SUITE 701 | | | RESTON | VA | 20190 | |
| GXO LOGISTICS SUPPLY CHAIN, INC. | ATTN: BARIS ORAN | TWO AMERICAN LANE | | | GREENWICH | CT | 06831 | |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 | |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | | BOISE | ID | 83720 | |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 | |
| INDIANA OFFICE OF THE ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE (IRS) | DEPARTMENT OF TREASURY | PO BOX 9941, STOP 6552 | | | OGDEN | UT | 84409-0941 | |
| INTERNAL REVENUE SERVICE (IRS) | DEPARTMENT OF TREASURY | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SERVICE (IRS) | HOUSTON DEPARTMENT | 1919 SMITH ST | M/S 5024 HOU | | HOUSTON | TX | 77002 | |
| INTERNAL REVENUE SERVICE (IRS) | ATTN: CENTRALIZED INSOLVENCY OPERATION | 1111 CONSTITUTION AVE NW | | | WASHINGTON | DC | 20004 | |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | ROOM 109 | DES MOINES | IA | 50319 | |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 | |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | | CAPITOL BUILDING | 700 CAPITOL AVE | SUITE 118 | FRANKFORT | KY | 40601 | |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | | 1885 N THIRD ST | | | BATON ROUGE | LA | 70802 | |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PL | | | BALTIMORE | MD | 21202 | |
| MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | | 1 ASHBURTON PL | 20TH FLOOR | | BOSTON | MA | 02108 | |
| MICHIGAN OFFICE OF THE ATTORNEY GENERAL | | G. MENNEN WILLIAMS BUILDING | 525 W OTTAWA ST | 7TH FLOOR | LANSING | MI | 48933 | |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

Page 1 of 3

**Exhibit A**
Served via First-Class Mail



| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 | |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | SUITE 1200 | JACKSON | MS | 39201 | |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 | |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | 215 N SANDERS | JUSTICE BUILDING | 3RD FLOOR | HELENA | MT | 59601 | |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 | |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 | |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 03301 | |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FLOOR | WEST WING | TRENTON | NJ | 08611 | |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 | |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | | | ALBANY | NY | 12224 | |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 | |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | BISMARCK | ND | 58505 | |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | | 1313 N MARKET ST | PO BOX 2046 | | WILMINGTON | DE | 19801 | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: JONATHAN LIPSHIE | J. CALEB BOGGS FEDERAL BLDG | 844 N KING ST, STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 | |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | |
| ORACLE AMERICA, INC. | ATTN: STUART LEVEY | 2300 ORACLE WAY | | | AUSTIN | TX | 78741 | |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 425 MARKET STREET | SUITE 2900 | SAN FRANCISCO | CA | 94105-0900 | |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301 | |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE | 16TH FLOOR | | HARRISBURG | PA | 17120 | |
| PICEA ROBOTICS | C/O WHITE & CASE LLP | ATTN: ROBERTO KAMPFNER & FAN HE | 555 FLOWER ST | | LOS ANGELES | CA | 90071 | |
| PROTAGON DISPLAY INC | ATTN: LARRY TITCHNER | 719 TAPSCOTT RD. | | | SCARBOROUGH | ON | M1X1A2 | CANADA |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 | |
| SALESFORCE, INC. | ATTN: ROBIN WASHINGTON | 415 MISSION STREET | | | SAN FRANCISCO | CA | 94105 | |
| SANTRUM HONG KONG CO LTD. | ATTN: HAITAO GONG AND KAIQI YANG | NO. 145 YUHU ROAD, YULV COMMUNITY, YUTANG SUBDISTRICT | BUILDING A6, PICEA GROUP INDUSTRIAL PARK | GUANGDONG PROVINCE | GUANGMING DISTRICT SHENZHEN | | 518000 | CHINA |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: ROBERTO KAMPFNER | 555 SOUTH FLOWER STREET | SUITE 2700 | LOS ANGELES | CA | 90071 | |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: FAN B. HE | SOUTHEAST FINANCIAL CENTER | | MIAMI | FL | 33131 | |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: JOHN H. KNIGHT, AMANDA R. STEELE & ALEXANDER R. STEIGER | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 | |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | ATTN: REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE, BROOKFIELD PLACE | 200 VESEY ST | SUITE 400 | NEW YORK | NY | 10281-1022 | |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

 STRETTO

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION (SEC) | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: NOAH J. PUNTUS | ONE MANHATTAN WEST | | | NEW YORK | NY | 10001 | |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 | |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HWY 14 | SUITE 1 | | PIERRE | SD | 57501 | |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | 301 6TH AVE N | | | NASHVILLE | TN | 37243 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| THUNDERCOMM | ATTN: PIER ZHANG | 5405 MOREHOUSE DR | SUITE 210 | | SAN DIEGO | CA | 92121 | |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: STEPHEN R. BUTLER | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | |
| TRANSACTIONAL INTERNATIONAL SERVICES LIMITED D/B/A TELUS INTERNATIONAL | ATTN: GOPI CHANDE | 25 YORK STREET | | | TORONTO | ON | M5J 2V5 | CANADA |
| U.S. CUSTOMS AND BORDER PROTECTION | ATTN: RODNEY SCOTT | 1300 PENNSLYVANIA AVE., NW | | | WASHINGTON | DC | 20229 | |
| UNITED PARCEL SERVICE, INC. | ATTN: BRIAN DYKES | 55 GLENLAKE PARKWAY NE | | | ATLANTA | GA | 30303 | |
| UTAH OFFICE OF THE ATTORNEY GENERAL | | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 | |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 05609 | |
| VIRA INSIGHT, LLC | ATTN: JEFF JONES | 2701 S VALLEY PKWY | | | LEWISVILLE | TX | 75067 | |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 | |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 | |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | STATE CAPITOL | 1900 KANAWHA BLVD E BLDG 1 | ROOM E-26 | CHARLESTON | WV | 25305 | |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 114 E STATE CAPITOL | | | MADISON | WI | 53702 | |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | KENDRICK BUILDING | 2320 CAPITOL AVE | | CHEYENNE | WY | 82002 | |
| XCHANGE PROPERTY OWNER, L.P. | ATTN: BRANDON SHORENSTEIN | 235 MONTGOMERY ST. FL. 16 | | | SAN FRANCISCO | CA | 94104 | |
| XROBOT HONG KONG LIMITED | ATTN: OWEN SUN | ROOM 803, CHEVALIER HOUSE 45-51 CHATHAM ROAD SOUTH, TSIM SHA TSUI, KL | | | HONG KONG | | 999077 | HONG KONG |
| ZHENGYU INDUSTRIAL (HK) CO., LTD | ATTN: ZHENGZHONG HU | ZHENGYU INDUSTRIAL PARK | DONGFENG VILLAGE, XINXU TOWN, HUIYANG DISTRICT | | HUIZHOU CITY GUANGDONG | | 516223 | CHINA |
| ZUORA, INC. | ATTN: TODD MCELHATTON | 101 REDWOOD SHORES PKWY | | | REDWOOD CITY | CA | 94065 | |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

Page 3 of 3

Document Ref: BQOF7-9YE3W-IMIBR-JDDU9

Page 5 of 9

# **Exhibit B**

Document Ref: BQOF7-9YE3W-IMIBR-JDDU9



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ACT DIGITAL | ATTN: CINTYA MARUR | | CINTYA.ARUR@ACTDIGITAL.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| AMAZON WEB SERVICES, INC. | ATTN: JOHN FELTON | | JAREA@AMAZON.COM |
| AMAZON.COM, INC. | ATTN: BRIAN OLSAVSKY | | OLSAVSKY@AMAZON.COM |
| ANAPLAN, INC. | ATTN: HEMANT KAPADIA | | HEMANT.KAPADIA@ANAPLAN.COM |
| AON RISK SERVICES NORTHEAST INC. | ATTN: DARREN ZEIDEL | | DARREN.ZEIDEL@AON.COM |
| APPS ASSOCIATES LLC | ATTN: JILL QUINTILLANI | | JILL.QUINTILLANI@APPSASSOCIATES.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | AGINFO@AZAG.GOV |
| ARROW ELECTRONICS, INC. | ATTN: RAJ AGRAWAL | | RAJ.AGRAWAL@ARROW.COM |
| BDS CONNECTED SOLUTIONS, LLC | ATTN: KEN KRESS | | KEN@BDSMKTG.COM |
| BYD COMPANY LIMITED | ATTN: WANG CHUANFU | | WANGCHUANFU@GMAIL.COM |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | PIU@DOJ.CA.GOV |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | BANKRUPTCY@COAG.GOV |
| COMMISSION JUNCTION INC | ATTN: SANTI PIERINI | | CRSS_AR_CASH_EPS@LIONRESOURCES.COM SANTI.PIERINI@CJ.COM |
| CORECENTRIC SOLUTIONS, INC. | ATTN: SARAH CHALAWA | | SCHALAWA@CORECENTRICSOLUTIONS.COM |
| DELAWARE DEPARTMENT OF JUSTICE | | | ATTORNEY.GENERAL@STATE.DE.US |
| DIGITAS, INC. | ATTN: PETER MILLER | | PETER.MILLER@DIGITASLBL.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| ELIXIRR DIGITAL INC. | ATTN: CHRIS JORDAN | | ACCOUNTING.EDI@ELIXIRR.COM JORDANM39@GMAIL.COM |
| GUANGDONG DONLIM INTELLIGENT ELECTRICAL APPLIANCES CO., LTD | ATTN: STONEY CHAN | | STONEY_CHAN@DONLIM.COM |
| GUIDEPOINT SECURITY LLC | ATTN: MICHAEL ANNESSA | | MICHAEL.ANNESSA@GUIDEPOINTSECURITY.COM |
| GXO LOGISTICS SUPPLY CHAIN, INC. | ATTN: BARIS ORAN | | BARIS.ORAN@GXO.COM |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | HAWAIIAG@HAWAII.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEYGENERAL@ATG.STATE.IL.US |
| INTERNAL REVENUE SERVICE (IRS) | HOUSTON DEPARTMENT | | M.R.GALVAN@IRS.GOV |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL | | | AGO@STATE.MA.US |
| MICHIGAN OFFICE OF THE ATTORNEY GENERAL | | | MIAG@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AGO.MO.GOV |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | | NEDOJ@NEBRASKA.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE | | | USADE.ECFBANKRUPTCY@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE | ATTN: JONATHAN LIPSHIE | | USTPREGION03.WL.ECF@USDOJ.GOV JON.LIPSHIE@USDOJ.GOV |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | CONTACT@OAG.OK.GOV |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

Page 1 of 3



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ORACLE AMERICA, INC. | ATTN: STUART LEVEY | | STUART.LEVEY@ORACLE.COM |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | LISA.UDLAND@DOJ.OREGON.GOV |
| PICEA ROBOTICS | C/O WHITE & CASE LLP | ATTN: ROBERTO KAMPFNER & FAN HE | RKAMPFNER@WHITECASE.COM FHE@WHITECASE.COM |
| PROTAGON DISPLAY INC | ATTN: LARRY TITCHNER | | PDEPOT@PROTAGON.COM LTITCHNER@PROTAGON.COM |
| SALESFORCE, INC. | ATTN: ROBIN WASHINGTON | | ROBIN.WASHINGTON@SALESFORCE.COM |
| SANTRUM HONG KONG CO LTD. | ATTN: HAITAO GONG AND KAIQI YANG | | GONGHT1049@PICEACORP.COM YANGKQ102741@PICEACORP.COM |
| SANTRUM HONG KONG CO., LIMITED AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY | DAVID.TURETSKY@WHITECASE.COM |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: FAN B. HE | FHE@WHITECASE.COM |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O RICHARDS, LAYTON & FINGER, P.A. | ATTN: JOHN H. KNIGHT, AMANDA R. STEELE & ALEXANDER R. STEIGER | KNIGHT@RLF.COM STEELE@RLF.COM STEIGER@RLF.COM |
| SANTRUM HONG KONG CO., LIMITED, AND SHENZHEN PICEA ROBOTICS CO., LTD. (F/K/A SHENZHEN 3IROBOTIX CO., LTD.) | C/O WHITE & CASE LLP | ATTN: ROBERTO KAMPFNER | RKAMPFNER@WHITECASE.COM |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | | | HARDYM@SEC.GOV CHENGES@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | ATTN: ANTONIA APPS, REGIONAL DIRECTOR | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | ATTN: REGIONAL DIRECTOR | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: NOAH J. PUNTUS | | NOAH.PUNTUS@SKADDEN.COM |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | | LISA.MASSOCK@TEXASATTORNEYGENERAL.GOV |
| THUNDERCOMM | ATTN: PIER ZHANG | | SALES@THUNDERCOMM.COM PIER.ZHANG@AM.THUNDERSOFT.COM |
| TN DEPT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIVISION | ATTN: STEPHEN R. BUTLER | STEVE.BUTLER@AG.TN.GOV |
| TRANSACTIONAL INTERNATIONAL SERVICES LIMITED D/B/A TELUS INTERNATIONAL | ATTN: GOPI CHANDE | | GOPI.CHANDE@TELUS.COM |
| U.S. CUSTOMS AND BORDER PROTECTION | ATTN: RODNEY SCOTT | | PRIVACY.CBP@CBP.DHS.GOV |
| UNITED PARCEL SERVICE, INC. | ATTN: BRIAN DYKES | | BDYKES@UPS.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | | | UAG@UTAH.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VIRA INSIGHT, LLC | ATTN: JEFF JONES | | JJONES@VIRAINSIGHT.COM |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | | CRISTINA.SEPE@ATG.WA.GOV |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

Page 2 of 3

 STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| XCHANGE PROPERTY OWNER, L.P. | ATTN: BRANDON SHORENSTEIN | | MPHILLIPS@SHORENSTEIN.COM<br>BSHORENSTEIN@SHORENSTEIN.COM |
| XROBOT HONG KONG LIMITED | ATTN: OWEN SUN | | SUNJINNING@YXROBOT.COM |
| ZHENGYU INDUSTRIAL (HK) CO., LTD | ATTN: ZHENGZHONG HU | | ZZ.HU@SZZHENGYU.COM |
| ZUORA, INC. | ATTN: TODD MCELHATTON | | COLLECTIONS@ZUORA.COM<br>TMCELHATTON@ZUORA.COM |

In re: iRobot Corporation, et al.
Case No. 25-12197 (BLS)

Page 3 of 3

Document Ref: BQOF7-9YE3W-IMIBR-JDDU9

Page 9 of 9